UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

             Plaintiff,                  Case No. 25-cr-20560
                                               Honorable Terrence G. Berg

vs.

D-1 David Taylor and
D-2 Michelle Brannon,

             Defendants.
_____/
[OWNER OF RECORD: The Kingdom of God Global Church]

## GOVERNMENT'S NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the above-referenced action was

commenced on July 23, 2025, and is now pending in the United States District

Court for the Eastern District of Michigan between the parties named in the above

referenced action.

The United States of America is seeking to forfeit certain real property

located at **706 Guisando De Avila, Tampa, Florida,** being the same premises

conveyed to The Kingdom of God Global Church on or about April 6, 2022, in

1

Hillsborough County as Instrument number 2022189332, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> **Lots 1 and 7, Block 5, of AVILA UNIT NO. 10R, according to the map or plat thereof, as recorded in Plat Book 84, Page 58, of the Public Records of Hillsborough County, Florida.**

> Account: A0157671124

> Parcel ID Number: U-25-27-18-0MG-000005-00007.0

The United States is seeking forfeiture of the above property pursuant to 18 U.S.C. § 1594(d) and 18 U.S.C. § 982(a)(1).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture.

Further information regarding this action may be obtained from the records of the Clerk of the Court, United States District Court for the Eastern

District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette

Boulevard, Detroit, Michigan 48226.

<div style="margin-left:40%">

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

</div>

DRAFTED BY AND RETURN TO:

<div style="margin-left:40%">

ADRIANA DYDELL
(California Bar #239516)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313)-226-9125

</div>

Dated: Tuesday, August 26, 2025

<div style="margin-left:40%">

Subscribed to and acknowledged by
Assistant U.S. Attorney Adriana
Dydell for U.S. Jerome F. Gorgon, Jr.,
on Tuesday, August 26, 2025

Karen E. Merritt, Notary Public
State of Michigan – County of Wayne
My commission expires: 11/14/2025
Acting in the County of Wayne

</div>

3