UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1 DAVID TAYLOR,

    Defendant.

_____/

CRIMINAL NO. 25-CR-20560

HON. TERRENCE G. BERG

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, David Taylor, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**COUNT 1:** (Conspiracy to Commit Forced Labor, 18 U.S.C. § 1594(b))

Up to 20 years' imprisonment and a fine up to $250,000.

**COUNTS 2 – 9:** (Forced Labor, 18 U.S.C. § 1589)

Up to 20 years' imprisonment and a fine up to $250,000 on each count.

**COUNT 10:** (Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))

Up to 20 years' imprisonment and a fine up to $500,000 or twice the value of the properties involved in the money laundering transactions.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
David Taylor
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Scott Rosenblum
Counsel for Defendant

Dated: October 17, 2025