UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.

    Case. No. 2:22-cr-20560-TGB-KGA

    Hon. Terrence G. Berg

DAVID TAYLOR, et al.,

    Defendants.
_____/

**ENTRY OF APPEARANCE**

COMES NOW, the undersigned attorney and hereby files his Entry of Appearance for the Defendant, David Taylor and hereby requests that Clerk of Court direct all correspondence to the undersigned attorney.

This 23rd day of October, 2025.

                              */s/ Laurence H. Margolis*
                              Laurence H. Margolis (P69635)
                              Attorney for Defendant
                              Margolis & Cross
                              402 W Liberty St
                              Ann Arbor, MI 48103

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.

DAVID TAYLOR, et al.,

    Defendants.

_____/

Case. No. 2:22-cr-20560-TGB-KGA

Hon. Terrence G. Berg

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **ENTRY OF APPEARANCE** upon all attorneys of record for this matter via the Case Management/Electronic Case Files (CM/ECF) system for the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.

This 23rd day of October, 2025.

Respectfully submitted,

*/s/ Laurence H. Margolis*
Laurence H. Margolis (P69635)
Attorney for Defendant
Margolis & Cross
402 W Liberty St
Ann Arbor, MI 48103