# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        *Plaintiff*,               **Case No. 2:25-CR-20560**

        **-V-**                    **HON. TERRENCE G. BERG**

**DAVID TAYLOR,**

        *Defendant*.

PERKINS LAW GROUP, PLLC
TODD RUSSELL PERKINS (P55623)
615 Griswold, Suite 400
Detroit, Michigan  48226
(313) 964-1702
E-Mail: Tperkins@perkinslawgroup.net

## <u>APPERANCE OF COUNSEL FOR DAVID TAYLOR</u>

    **PLEASE TAKE NOTICE that** the **PERKINS LAW GROUP, PLLC,** by and through, **TODD RUSSELL PERKINS**, does hereby enter an appearance on behalf of **DAVID TAYLOR**, in above-noted cause(s) of action.

                     Respectfully submitted,

                     THE PERKINS LAW GROUP, PLLC
                     /s/ Todd Russell Perkins
                     Todd Russell Perkins

615 Griswold, Ste. 400
Detroit, MI 48226
(313) 964-1702
(313) 964-1980 fax
tperkins@perkinslawgroup.net

DATED : DECEMBER 15, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, I electronically filed the foregoing papers with the Clerk of court using the ECF system, which will send notification of such a filing to all ECF participants.

Respectfully submitted,

THE PERKINS LAW GROUP PLLC
/s/ Todd Russell Perkins
Todd Russell Perkins
615 Griswold, Ste. 400
Detroit, MI 48226
(313) 964-1702
(313) 964-1980 fax
tperkins@perkinslawgroup.net