UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

D-1 David Taylor,

        Defendant.

_____/

Criminal No. 25-20560

Hon. Terrence G. Berg

# GOVERNMENT'S EXHIBIT 1 IN SUPPORT OF ITS RESPONSE TO DEFENDANT TAYLOR'S MOTION FOR RECONSIDERATION OF ORDER OF DETENTION

During the motion hearing on December 15, 2025, the Court requested that the government file the entirety of the text message referenced on page 17 of the Government's Response to Defendant Taylor's Motion for Reconsideration of Order of Detention.

Accordingly, the United States respectfully submits Exhibit 1 in support of its Response to Defendant Taylor's Motion for Reconsideration of Order of Detention [ECF No. 64].

        Respectfully submitted,

        JEROME F. GORGON JR.
        United States Attorney

        *s/Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant United States Attorney
Eastern District of Michigan
Homeland Security Unit
Human Trafficking Coordinator
211 W. Fort St., Ste. 2001
Detroit, MI  48226
313-226-9100
Sarah.cohen@usdoj.gov


MATTHEW R. GALEOTTI
Acting Assistant Attorney General
United States Department of Justice
Criminal Division

*s/Lindsey Roberson*
LINDSEY ROBERSON
Trial Attorney
Human Rights and Special Prosecutions Section
Criminal Section
U.S. Department of Justice
Lindsey.roberson2@usdoj.gov
202-353-5153

Dated: December 16, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing document and exhibit with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                             *s/Sarah Resnick Cohen*
                                             SARAH RESNICK COHEN
                                             Assistant United States Attorney