UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 DAVID TAYLOR,
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

    Defendants.
_____/

Criminal No. 25-cr-20560

Honorable Terrence G. Berg

# GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL FIRST SUPERSEDING INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the First Superseding Indictment and Arrest Warrant in this case, and states:

1. The First Superseding Indictment and Arrest Warrant in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the First Superseding Indictment and Arrest Warrant be unsealed because defendants have been arrested and

are entitled to receive a copy of the First Superseding Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the First Superseding Indictment and Arrest Warrant.

                                                Respectfully submitted,

                                                Jerome F. Gorgon Jr.
                                                United States Attorney

                                                *s/ Sarah Resnick Cohen*
                                                Sarah Resnick Cohen  P51968
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                sarah.cohen@usdoj.gov
                                                (313) 226-9637

Dated:  February 12, 2026