UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                            CASE NO. 25-20560

D-1 DAVID TAYLOR,         HON. TERRENCE G. BERG
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

       Defendants.

_____/

## STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO MODIFY PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION (ECF No. 90)

      The parties stipulate and agree that the due date for the response to the

Motion to Modify Protective Order and Request for Expedited Consideration will

be extended to on or before March 9, 2026. In support of this Stipulation, the

parties agree as follows:

1.     A Protective Order Based on Parties' Stipulation was entered by this Court on September 16, 2025. ECF No. 22.

2.     Counsel for D-1 David Taylor and D-2 Michelle Brannon filed a Motion to Modify Protective Order and Request for Expedited Consideration on February 11, 2026, at 6:38pm. ECF No. 90.

3.     Counsel for the government and counsel for D-1 David Taylor and D-2 Michelle Brannon were diligently attempting to resolve our areas of disagreement regarding the defense request to modify the Protective Order.

4.    Counsel for Mr. Taylor and Ms. Brannon believed the parties had reached an impasse and filed a motion to modify the protective order as it related to the unresolved provisions.

5.    Although defense counsel reiterated the need to promptly resolve the issues relating to the protective order, counsel for the government was not informed that defendants would request expedited consideration of their motion.

6.    On February 12, 2026, the Court ordered an early response date of Monday, February 16, 2026, by Noon. (TEXT-ONLY ORDER)

7.    On February 13, 2026, the United States filed a Motion for an Extension of Time to File a Response to on or before March 2, 2026. ECF No. 104.

8.    On February 13, 2026, the Court granted the motion and set a response date of March 2, 2026. (TEXT-ONLY ORDER)

9.    A superseding indictment charging an additional defendant was unsealed in this matter on February 12, 2026. ECF No. 91 (First Superseding Indictment adding D-3 Kathleen Klein).

10.   During the status conference on February 17, 2026, the Court requested that the parties continue to attempt to reach an agreement regarding any modifications.

11.   The government has and will continue to provide discovery to defense counsel.

12.   The trial date in this matter was adjourned to November 3, 2026.  ECF No. 111.

13.   The parties continue to engage in discussions regarding modifications
      to the Protective Order, including with counsel for newly added D-3.

14.   The government was previously unwilling to agree to defense
      counsel's (for Mr. Taylor and Ms. Brannon) previous suggested
      modifications to the protective order. However, in an effort to resolve
      disputed issues without this Court's intervention, the government
      requested revisions to the previously suggested modifications. On the
      afternoon of February 27, 2026, the government received revised
      modifications to the original stipulation for a protective order for
      review.

15.   In light of the government's reconsideration, defense counsel for Mr.
      Taylor and Ms. Brannon believe that additional discussions will be
      fruitful.

16.   The parties need additional time to determine if any issues need to be
      heard and resolved by the Court.

      Accordingly, the parties agree that the new response date will be March

9, 2026.

                              JEROME F. GORGON, JR.
                              United States Attorney

                              s/ *Sarah Resnick Cohen*
                              Sarah Resnick Cohen P51968
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              sarah.cohen@usdoj.gov
                              (313) 226-9637

s/ Lindsey Roberson
Lindsey Roberson
Trial Attorney
Human Rights and Special
Prosecutions Section
Criminal Section
U.S. Department of Justice
Lindsey.roberson2@usdoj.gov
(202) 353-5153

s/ Scott Rosenblum w/consent
Scott Rosenblum
Counsel for D-1 David Taylor
Rosenblum Schwartz Fry & Johnson
120 South Central Ave., Suite 130
St. Louis, MO 63105
srosenblum@rsfjlaw.com
(314) 406-5001

s/ Laurence H. Margolis w/consent
Laurence H. Margolis
Counsel for D-1 David Taylor
Margolis Law Firm
214 South Main Street, Suite 202
Ann Arbor, MI 48104
larry@lawinannarbor.com
(734) 994-9590

s/ Allison L. Kriger w/consent
Allison L. Kriger
Counsel for D-1 David Taylor
LaRene & Kriger, P.L.C.
500 Griswold St., Suite 2400
Detroit, MI 48226
Allison.kriger@gmail.com
(313) 967-0100

s/ Todd Russell Perkins w/consent
Todd Russell Perkins
Counsel for D-1 David Taylor
615 Griswold St., Suite 400
Detroit, MI 48226
tperkins@perkinslawgroup.net
(313) 964-1702

s/ R. Michael Bullotta (w/consent)
R. Michael Bullotta
Counsel for D-3 Kathleen Klein
Bullotta Law PLLC
615 Griswold St., Ste. 1620
Detroit, MI 48226
(313) 400-5776
michael@bullottalaw.com

s/ John P. Rogers (w/consent)
John P. Rogers
Counsel for D-2 Michelle Brannon
Rogers Sevastianos & Bante, LLP
120 S. Central Ave., Ste.160
St. Louis, Missouri 63105
(314) 354-8484/Fax (314) 354-8271
jrogers@rsblawfirm.com

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                                        CASE NO. 25-20560

D-1 DAVID TAYLOR,                         HON. TERRENCE G. BERG
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

      Defendants.

## ORDER TO EXTEND TIME TO RESPOND TO MOTION TO MODIFY PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION (ECF No. 90)

Upon the Court's consideration of the parties' Stipulation to Extend Time to Respond to Motion to Modify Protective Order and Request for Expedited Consideration (ECF No. 90), the Court orders that the Government's Response Brief will be due on or before March 9, 2026.

SO ORDERED.

s/Terrence G. Berg
HON. TERRENCE G. BERG
United States District Judge

Dated: February 27, 2026

5