UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,             Criminal No. 25-20560

v.                                   Hon. Terrence G. Berg

D-1 David Taylor and
D-2 Michelle Brannon,

                Defendants.

_____/

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Link to "Truth Behind the FBI Raid Against David E. Taylor—Trailer" published on David E. Taylor: Miracles in America YouTube Channel, Jan. 31, 2026. |
| 2 | Link to "Truth Behind the FBI Raid Against David E. Taylor—Episode 1" published on David E. Taylor: Miracles in America YouTube Channel, Jan. 26, 2026. |
| 3 | Link to "Truth Behind the FBI Raid Against David E. Taylor—Trailer" published on David E. Taylor: Miracles in America YouTube Channel, Jan. 31, 2026.<br><br>Link to "An Important Message to Oprah Winfrey – David E. Taylor" published on David E. Taylor: Miracles in America YouTube Channel, Feb. 16, 2026.<br><br>Link to "Exclusive Weekly Victory Report #1—An Inside Peak Behind Prison Bars—David E. Taylor" published on David E. Taylor: Miracles in America YouTube Channel, March 13, 2026.<br><br>Link to *Modern Day Persecution Against the Church* magazine, published by KOGGC, pages 32-33. |

| 4 | Link to "LIVE from Washington, D.C.—U.S. Supreme Court—David E. Taylor" published on David E. Taylor: Miracles in America YouTube Channel, Feb. 26, 2026. |
| --- | --- |
| 5 | Text messages between Kearisten Jones and another KOGGC member. |
| 6 | Text messages between Kathleen Klein and other KOGGC members. |
| 7 | Link to "KOGGC Sunday Service" published on David E. Taylor: Miracles in America YouTube Channel, Sept. 14, 2025. |
| 8 | Link to "Miracles from Jail with David E. Taylor—Feb. 14, 2026" published on David E. Taylor: Miracles in America YouTube Channel. |
| 9 | Post on Kearisten Jones' social media from December 26, 2025. |