## **Exhibit 1**

*See, e.g.,* "Truth Behind the FBI Raid Against David E. Taylor—Trailer,"
https://www.youtube.com/watch?v=m9wDtxPZxhc&t=632s, (starting at 2:56,
posted Jan. 31, 2026) (describing the government's prosecution as "modern day
persecution," that is "driven by racism" at 3:01, "motivated by…racism" at 10:27).



(Screenshot at 4:15)