## Exhibit 2

*See, e.g.,* "Truth Behind the FBI Raid Against David E. Taylor—Episode 1," https://www.youtube.com/watch?v=xg45upThA_U (starting at 32:06, posted Jan. 26, 2026) (naming a witness at 32:11; calling the witness a "liar" at 32:12, a "demon" at 34:20 and "nasty" at 35:13; displaying an image of the witness's face; and disparaging other witnesses both generally and by name, starting at 44:30).



(Screenshot at 32:13)

1



(Screenshot at 2:01)



(Screenshot at 30:28)