## **Exhibit 3**

*See, e.g.,* "Truth Behind the FBI Raid Against David E. Taylor—Trailer," https://www.youtube.com/watch?v=m9wDtxPZxhc&t=632s (starting at 2:56, posted Jan. 31, 2026) (including statements that the FBI operation was "driven by racism" and "fueled by greed" at 3:01 and "this corruption" at 10:30).



(Screenshot at 9:46)



(Screenshot at 0:49)

1

*See also* "An Important Message to Oprah Winfrey – David E. Taylor," https://www.youtube.com/watch?v=TUFUZwIm3Tk (starting at 1:02, posted Feb. 16, 2026) ("We are facing a judge that favors the prosecution . . . . he is a former prosecutor, Judge Terrence Berg, and he favors the prosecution.").



(Screenshot at 1:03)

*See* "Exclusive Weekly Victory Report #1—An Inside Peak Behind Prison Bars—David E. Taylor," https://www.youtube.com/watch?v=Hr8fkMDwlqw (at 5:28, posted March 13, 2026) (displaying a photo of Judge Berg and stating "our judicial system including Judge Terrence Berg is stripping apostle David E. Taylor and every single person that is a part of KOGGC of their free will…. Judge Berg why are you calling us an enterprise . . . all because you used to be a prosecutor for 40 years and because maybe you knew Sarah Cohen maybe she used to be your employee").



(Screenshot at 5:30)



(Screenshot at 5:31)

*See* the *Modern Day Persecution Against the Church* Magazine, https://heyzine.com/flip-book/ff9f2a09f4.html#page/32 (stating, for example, that the government is "targeting black pastors and churches because normally black churches are afraid to stand up against the FBI. . . . [I]t is financial rape and it was done to silence [KOGGC]").



(Screenshot of pages 32 and 33)