**Exhibit 4**

*See* "LIVE from Washington, D.C.—U.S. Supreme Court—David E. Taylor,"
https://www.youtube.com/watch?app=desktop&v=4SBatmuAeKE (starting at
1:15, streamed live on Feb. 26, 2026) (stating for example, that the FBI stole $14
million from the church, that the FBI is "politically driven and they're money
driven," at 1:58 and that the members continue to support Taylor and "are his, his
extensions of his heart and his arms" at 2:32).



(Screenshot at 1:15)