## Exhibit 5

