## Exhibit 7

*See* "KOGGC Sunday Service"
https://www.youtube.com/watch?v=3h7kCdOGxHM, (at 1:08:08, streamed live on Sept. 14, 2025) (stating "It's not a joke. It's not a joke. We're in a war. We're in a war. And it is time for you to decide if you're a warrior or not.").



(Screenshot at 1:08:08)