**Exhibit 8**

*See, e.g.,* "Miracles from Jail with David E. Taylor—Feb. 14, 2026," https://www.youtube.com/watch?v=ybiVrcof-q8 (starting at 0:01, posted Feb. 14, 2026) (recording of Taylor from detention, including statement by Taylor that he is speaking from jail).



(Screenshot at 0:27)