## Exhibit 9

