UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 2:25–cr–20560–TGB–KGA
Hon. Terrence G. Berg

David Taylor, et al.,

Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [90] Joint MOTION to Modify Protective Order and Request for Expedited Consideration as to David Taylor, Michelle Brannon. **Motion Hearing set for 4/16/2026 10:30 AM before District Judge Terrence G. Berg** (EVra)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 709.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Emily P Vradenburg
Case Manager

Dated:   March 20, 2026