# DECLARATION OF A███████ G███████

*I, A███████ G██████, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746:*

1. I live in Woodbridge, Virginia. I am a member and financial supporter of the Kingdom of God Global Church.

2. On February 2, 2026, I received a call from my son, Christopher. He told me that he had been contacted by FBI Agent Erica Kelley. He said that Agent Kelley had told him all about my personal history of financial donations for the Church, and that Agent Kelley would be calling me too.

3. Hearing this, I was livid, and I had to calm down. I had never spoken with or authorized FBI agents to disclose this information to anyone. The government had no right in my view to disclose my personal information to my son, especially as I consider my financial support for my church to be a private, spiritual matter between me and my church.

4. Agent Kelley did end up calling me on February 2. She wanted to know if by donating to the Church I knew what I was getting into, and if I knew where the money went. I told her that they didn't tell me where the money specifically went, but that I understood that it went to the ministry.

5. Agent Kelley then said what about Pastor Taylor's legal defense? She wanted to know if I knew it was going there too. When she said this, I got the impression that she believed this was not a good use of my money and that I would be taken aback by this information. I told her that if some of the money goes there, that's fine too. I told her none of my donations were forced—they were gifts.

6. Agent Kelley told me that she wanted to make sure I knew where my money was going. After she told me the money was going to Pastor Taylor's legal defense, she added something to the effect of, "well you should know that they are charged with money laundering, they are conspirators, forced labor, that the students have to solicit for monetary donations or they are not fed," and that there is an indictment against Pastor Taylor that I can find online.

7. The conversation was cordial and professional, but I felt that she was trying to pressure me not to support Pastor Taylor's legal defense, and I feel that others who received a similar call would feel pressured.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed by:

4/7/2026

A███████ G██████

Date