UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff,

v.                                              Case No. 2:25–cr–20560–TGB–KGA
                                                Hon. Terrence G. Berg

David Taylor, et al.,

                        Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Terrence G. Berg as follows:

   Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:

   • STATUS CONFERENCE:  May 15, 2026 at 02:00 PM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                        By: s/Emily P Vradenburg_____
                            Case Manager

Dated:  May 5, 2026