UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 25-20560

v.                               Hon. Terrence G. Berg

D-1 DAVID TAYLOR,
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

       Defendants.

_____/

**MOTION FOR LEAVE TO FILE
EXHIBITS USING THE MEDIA FILE UPLOAD**

Now comes the undersigned, Assistant United States Attorney, Sarah Resnick Cohen, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file media exhibits via the electronic portal "Media File Upload" in CM/ECF.

Exhibits 3-6 of the Government's Response to the Defendant's Motion for Discovery (ECF No. 129) are audio recordings of Kingdom of God Global Church (KOGGC) call center workers on the telephone with individuals donating money to KOGGC who sound elderly. The recordings will assist the Court in its consideration of the Defendant's Motion for Discovery. These exhibits cannot be converted to PDF, because they are audio recordings. In accordance with the

1

Amended Protective Order (ECF No. 133), the audio recordings and transcripts of the recordings will be filed under seal.

Pursuant to Local Rule 7.1, the government contacted all defense counsel for D-1 David Taylor about this motion, and defense counsel has provided neither concurrence nor objection.

For the reasons stated above, the government respectfully requests that this Court grant permission to file Exhibits 3 through 6 via the electronic portal "Media File Upload" in CM/ECF.

<div style="margin-left:40%">

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/*Sarah Resnick Cohen*
Sarah Resnick Cohen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sarah.cohen@usdoj.gov
(313) 226-9637
P51968

</div>

Date: May 11, 2026

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 11, 2026, I electronically filed this motion with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

<div align="right">

*/s/ Sarah Resnick Cohen*     
Sarah Resnick Cohen
Assistant United States Attorney

</div>