UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

      Plaintiff,

                                   CASE NO. 25-20560

v.

                                   HON. TERRENCE G. BERG

D-1 DAVID TAYLOR,

      Defendant.
_____/

## MOTION TO SEAL EXHIBITS

The United States of America, by its undersigned attorneys, respectfully requests that Exhibits 3 through 6, attached to ECF No. 136 Government's Response to Defendant's Motion for Discovery (ECF No. 129), be sealed to protect the identity of the donors to KOGGC heard in the exhibit audio recordings and identified in the transcripts who may also be witnesses in this matter.

                        Respectfully submitted,

                        JEROME F. GORGON JR.
                        United States Attorney

                        s/ *Sarah Resnick Cohen*
                        Sarah Resnick Cohen
                        Assistant United States Attorney
                        211 W. Fort Street, Suite 2001
                        Detroit, MI  48226
                        Phone: (313) 226-9637
                        sarah.cohen@usdoj.gov
Dated: May 15, 2026           P51968

CERTIFICATE OF SERVICE

I certify that on Friday, May 15, 2026, I electronically filed this motion to seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

s/ *Sarah Resnick Cohen*
Sarah Resnick Cohen
Assistant United States Attorney

2