UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.                                                            Case No. 25-cr-20560

D-1 DAVID TAYLOR,                          Hon. Terrence G. Berg
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

     Defendants.

### UNITED STATES' NOTICE REGARDING MAY 15, 2026, STATUS CONFERENCE

The United States respectfully submits this Notice in response to the Court's request during the status conference on May 15, 2026.

The facts presented by the Court during the status conference are governed by 28 U.S.C. § 455. The relevant section provides:

> (b) [a district judge shall] disqualify himself in the following circumstances:
>
>     \* \* \* \*
>
> (5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
>
>     \* \* \* \*
>
> (iii) is known by the judge to have an interest that could be *substantially affected* by the outcome of the proceeding

28 U.S.C. § 455(b)(5)(iii) (emphasis added).

At this time, there is insufficient information to determine if the Court's relative at Butzel Long will be *substantially affected* by the outcome of the proceedings in this criminal case. In addition, there is insufficient information to determine if there are existing procedures at Butzel Long or procedures that can be established at Butzel Long to prevent the relative from being *substantially affected* by the outcome of the proceedings in this matter.

Accordingly, the United States currently opposes disqualification in this matter and requests briefing and a hearing on this issue.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/*Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
E-mail: sarah.cohen@usdoj.gov
Mich. Bar No.: P51968

A. TYSEN DUVA
Assistant Attorney General
Department of Justice
Criminal Division

s/ *Lindsey Roberson*
LINDSEY ROBERSON
Trial Attorney
Human Rights & Special Prosecutions Section
1301 New York Avenue, NW, Suite 200
Washington DC 20005

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/<u>*Sarah Resnick Cohen*</u>
SARAH RESNICK COHEN
Assistant U.S. Attorney

3