**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

                    Plaintiff,               Case No. 2:25-cr-20560

    v.                                  Hon. Terrence G. Berg

D-1 DAVID TAYLOR,
D-2 MICHELLE BRANNON, and
D-3 KATHLEEN KLEIN,

                    Defendants.

_____/

**NOTICE REGARDING CONFLICT OF INTEREST**

Defendants David Taylor, Michelle Brannon, and Kathleen Klein, pursuant to

this Court's directive at the May 15, 2026, Status Conference, respectfully notify

this Court that all parties do not unanimously agree to waive the conflict of interest

raised by this Court *sua sponte*.

Respectfully submitted,

/s/ Todd Perkins
Todd R. Perkins (P55623)
Attorney for Def. David Taylor

/s/ George B. Donnini
George B. Donnini
Attorney for Def. Michelle Brannon

/s/ Laurence H. Margolis
Laurence H. Margolis (P69635)
Attorney for Def. David Taylor

/s/ R. Michael Bullotta
R. Michael Bullotta
Attorney for Def. Kathleen Klein

/s/ Allison L. Kriger
Allison L. Kriger (P76364)
Attorney for Def. David Taylor

DATED: May 19, 2026