MIE (Rev. 09/17) Order of Recusal and Reassignment of District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

Plaintiff(s),

v.

David Taylor, et al.,

Defendant(s).

Case No. 2:25-cr-20560-TGB-KGA

Honorable Terrence G. Berg

Magistrate Judge Kimberly G. Altman

/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge.  Pursuant to

28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district  judge for

further proceedings.

Date:  May 20, 2026

s/Terrence G. Berg
Terrence G. Berg
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Linda V. Parker                              .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  May 20, 2026

s/N. Ahmed
Deputy Clerk