UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,               Case No. 25-cr-20560

                                   HON.  LINDA V. PARKER

v.

DAVID TAYLOR,

      Defendant.

_____/

## **ORDER STRIKING REPLY**

On May 18, 2026, Defendant filed a Reply in Support of Motion for Discovery [ECF No. 150]. The reply does not conform with Judge Parker's motion requirement:

**PRIVACY**

Counsel must be vigilant regarding the use of private information in any filings (including deposition transcripts). Counsel must redact certain private information as set forth in Federal Rule of Civil Procedure 5.2.

Accordingly, Defendant's reply is **STRICKEN** from the record. Defendant may re-file the reply within three (3) days in strict compliance with Judge

Parker's requirement.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 21, 2026

2