**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

    v.

DAVID TAYLOR,

        Defendant.

Criminal No. 25-20560

Hon. Susan K. DeClercq

_____/

## MOTION TO RELIEVE ATTORNEY OF OBLIGATION TO DESIGNATE LOCAL COUNSEL

Brent A. Hannafan of the law firm Litson PLLC, respectfully requests the Court grant relief of the obligation set forth in Local Rule 83.20(f)(1) for himself and two other members of Litson who have filed notices of appearance on behalf of the defendant, Mr. Little and Mr. Lawson.

Mr. Taylor already has three attorneys presently representing him who are members of the State Bar of Michigan and maintain offices in this District:  Mr. Laurence Margolis, Mr. Todd Perkins, and Ms. Allison Kriger. These attorneys are not local counsel for this office but are co-counsel and presently represent Mr. Taylor. Due to the fact that those three attorneys meet the requirements set forth in Local Rule 83.20(f)(1), the undersigned respectfully requests this Court find that that the need for designating local counsel as set forth in LR 83.20(f)(1)  satisfied without the undersigned, Mr. Little, and Mr. Lawson designating separate local counsel.

1

Wherefore, the undersigned respectfully requests that he, Mr. Little and Mr. Lawson – all members of the Litson firm – ,be granted relief of the obligation set forth in the above-referenced rule and be allowed to appear without specifying local counsel.

June 10, 2026                                                   Respectfully submitted,

*/s/ Brent A. Hannafan*
Brent A. Hannafan (TN BPR #025209)
J. Alex Little (TN BPR #029858)
Zachary C. Lawson (TN BPR #36092)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
E-mail: brent@litson.co
*Attorney for David Taylor*

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2026, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

*/s/ Brent A. Hannafan*

2