UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 2:25-cr-20560

v.                                Honorable Susan K. DeClercq
                                    United States District Judge

DAVID TAYLOR,

        Defendant.

_____/

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS VIA THE MEDIA FILE UPLOAD (ECF No. 136)**

The matter is before the Court on the Government's Motion for Leave to File Exhibits Via the Media File Upload. ECF No. 136. Although Defendant David Taylor filed a response opposing the Government's motion, ECF No. 138, during the motion hearing on June 30, 2026, Taylor stated he did not object to the Government uploading the four specific exhibits identified in the Government's motion.

Finding good cause for the Government to upload four audio recording exhibits via the media-file-upload function, its motion, ECF No. 136, is **GRANTED**.

Additionally, the Government is **ORDERED** to meet the below requirements when uploading media files:

1.	The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2.	All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3.	Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4.	The Court will not accept any media file that has proprietary security features requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5.	The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**IT IS SO ORDERED.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 1, 2026

- 2 -