UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID TAYLOR,

      Defendant.

_____/

Case No. 2:25-cr-20560-01

Honorable Susan K. DeClercq
United States District Judge

**ORDER (1) DENYING THE PARTIES' STIPULATION TO EXTEND TIME TO FILE RESPONSE & REPLY BRIEF RELATING TO DEFENDANT'S MOTION TO DISMISS INDICTMENT; (2) SETTING ALTERNATIVE BRIEFING SCHEDULE; AND (3) SCHEDULING MOTION HEARING**

On July 2, 2026, the Parties submitted the attached stipulation to extend the time for the Parties to file their respective response and reply briefs relating to Defendant David Taylor's Motion to Dismiss the Superseding Indictment. The Parties request that the Government's response brief be due August 10, 2026, and that Taylor's reply brief be due September 10, 2026. The Parties explain that this extension is necessary "in part due to the length of [Taylor's] brief," which is 55 pages. *See* ECF No. 177.

Having reviewed the Parties' stipulation, this Court finds that although Taylor's brief is voluminous, it is not good cause to extend the briefing schedule so close to the plea cutoff date and final pretrial hearing date (September 30, 2026).

1

Indeed, during a recent status conference with this Court, the Parties all reiterated their desire to proceed to trial on November 3, 2026. However, because Taylor's motion is exceptionally long and raises several complex legal questions, this Court will set an alternative briefing schedule that extends the standard briefing schedule set forth in the District's Local Rules but still ensures that Taylor's motion is fully briefed well before the plea cutoff and final pretrial hearing date. *See* E.D. Mich. LR 7.1(e).

Accordingly, it is **ORDERED** that the Parties' attached Stipulation is **DENIED**.

Further, it is **ORDERED** that the following alternative briefing schedule **SHALL APPLY** as it relates to Taylor's pending Motion to Dismiss the Superseding Indictment, ECF No. 177:

| Deadline | Date |
| --- | --- |
| Government's Response Brief Due | Tuesday, July 28, 2026 |
| Taylor's Reply Brief Due | Friday, August 14, 2026 |

Further, it is **ORDERED** that a hearing on Taylor's Motion to Dismiss Superseding Indictment, ECF No. 177, is **SCHEDULED** for **Wednesday, September 9, 2026 at 3:00 PM EDT.**

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 6, 2026

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,

v.                                 CASE NO. 25-20560

D-1 DAVID TAYLOR,            HON. SUSAN K. DeCLERCQ

          Defendant.

_____/

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS THE SUPERSEDING INDICTMENT AND REPLY BRIEF**

The parties stipulate and agree that the due date for the government's response to David Taylor's Motion to Dismiss the Superseding Indictment and David Taylor's reply brief will be extended. In support of this Stipulation, the parties agree as follows:

1. Counsel for D-1 David Taylor filed a Motion to Dismiss the Superseding Indictment on June 30, 2026. ECF No. 177.

2. The accompanying brief to the Motion to Dismiss the Superseding Indictment is 62 pages.  ECF No. 177.

3. On July 1, the Court granted the defense Motion for Leave to File Excess Pages.  ECF No. 183.

3

4.      This Court has not yet ordered a due date for the response brief or the reply brief.

5.      On July 1, the government sought concurrence from counsel for David Taylor for additional time to respond to the motion, in part due to the length of the accompanying brief.

6.      Counsel for David Taylor agreed to a due date for the response of August 10, 2026.

7.      Counsel for David Taylor requested additional time to file their reply to the government's response.  Counsel requested four weeks to reply to the United States's response. The government does not object.

8.      Accordingly, the briefing schedule agreed upon by the parties is as follows:

   a. Response Brief: due August 10, 2026

   b. Reply Brief: due September 10, 2026

9.      The trial date in this matter is currently November 3, 2026.  ECF No. 111.

10.    Pursuant to 18 U.S.C. § 3161(h)(1)(D), the parties agree that the time between June 30, 2026, and September 10, 2026, as well as the time between September 10, 2026, and the conclusion of the hearing or other disposition of the Motion to Dismiss the Superseding Indictment

is excluded in computing the time within which the trial must commence.

IT IS SO STIPULATED.

s/ *Sarah Resnick Cohen*
Sarah Resnick Cohen P51968
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sarah.cohen@usdoj.gov
(313) 226-9637

*s/Zachary Carter Lawson w/consent*
Zachary Carter Lawson
Counsel for D-1 David Taylor
Litson PLLC
111 E. Jackson Ave., Ste 203
Knoxville, TN 37915
zack@litson.co

s/ *Lindsey Roberson*
Lindsey Roberson
Trial Attorney
Human Rights and Special
Prosecutions Section
Criminal Section
U.S. Department of Justice
Lindsey.roberson2@usdoj.gov
(202) 353-5153

s/ *Laurence H. Margolis w/consent*
Laurence H. Margolis
Counsel for D-1 David Taylor
Margolis Law Firm
214 South Main Street, Suite 202
Ann Arbor, MI 48104
larry@lawinannarbor.com
(734) 994-9590

s/ *Allison L. Kriger w/consent*
Allison L. Kriger
Counsel for D-1 David Taylor
LaRene & Kriger, P.L.C.
500 Griswold St., Suite 2400
Detroit, MI 48226
Allison.kriger@gmail.com
(313) 967-0100

Date: July 2, 2026