UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DAVID TAYLOR,

                Defendant.

_____/

Case No. 2:25-cr-20560

Honorable Susan K. DeClercq
United States District Judge

**ORDER**

On July 29, 2026, the Government filed a second superseding indictment. ECF No. 194. Because "a superseding indictment supplants the earlier indictment and becomes the only indictment in force," *United States v. Goff*, 187 F. App'x 486, 491 (6th Cir. 2006), Defendant Taylor's pending Motion to Dismiss the First Superseding Indictment has been rendered moot, *see id*. (likening a superseding indictment to an amended complaint); *cf. Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss.").

Accordingly, it is **ORDERED** that Defendant Taylor's Motion to Dismiss, ECF No. 177, is **DENIED without prejudice as moot**. The Government's Motion for Leave to File Excess Pages in Response, ECF No. 192, is similarly **DENIED without prejudice as moot**.

- 2 -

Further, it is **ORDERED** that the following briefing schedule **SHALL APPLY** to a renewed motion to dismiss, should Defendant Taylor wish to file one:

| Deadline | Date |
|---|---|
| Motion to Dismiss Due | August 14, 2026 |
| Government's Response Brief Due | August 28, 2026 |
| Taylor's Reply Brief Due | September 4, 2026 |

Finally, it is **ORDERED** that a hearing on any renewed motion to dismiss will remain scheduled for **Wednesday, September 9, 2026, at 3:00 PM EDT**.

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated:  August 3, 2026