**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| Plaintiff, | Case No. 2:25-cr-20560 |
| v. | Hon. Susan K. DeClercq |

D-1 DAVID TAYLOR

Defendant.

_____/

**_EX PARTE_ MOTION TO EXTEND PAGE LIMITATION FOR**
**BRIEF IN SUPPORT OF MOTION TO REOPEN THE DETENTION**
**HEARING OR FOR BOND REDETERMINATION HEARING AND FOR**
**EXPEDITED HEARING**

NOW COMES DAVID TAYLOR, through counsel, and pursuant to L.R. 7.1(d)(3)(A), respectfully moves this Court for an order extending the page limitation for the brief in support of his motion to reopen the detention hearing or, in the alternative, for a bond redetermination hearing and expedited hearing by nine (9) pages. In support of this motion, Mr. Taylor states as follows:

1. The brief submitted in support of Pastor Taylor's motion provides a detailed overview of the government's claims at the prior detention proceedings, the Court's findings in light of those claims, and an analysis of those claims in relation to recently produced, voluminous discovery.

2. The brief also excerpts images of text messages in its body, which collectively occupy approximately four (4) pages.

1

3. The supporting memorandum includes citations to 47 exhibits.

4. The additional nine (9) pages are therefore necessary to adequately address the relevant issues and supporting record.

5. L.R. 7.1(d)(3)(A) provides: "The text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages. A person seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons."

WHEREFORE, pursuant to L.R. 7.1(d)(3)(A), Defendant David Taylor respectfully requests entry of an order extending the 25-page limit for his supporting brief to 34 pages.

**LARENE & KRIGER, P.L.C.**

*/S/ ALLISON L. KRIGER*
ALLISON KRIGER (P76364)
500 Griswold Street, Suite 2400
Detroit, Michigan 48226
(313) 967-0100
akriger@larenekriger.com

DATED: August 5, 2026